# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 10, 2005*

[Cite as *06/10/2005 Case Announcements*, 2005-Ohio-2838.]

## MOTION AND PROCEDURAL RULINGS

2004–1953.  Alcoa, Inc. v. Wilkins.

Board of Tax Appeals, No. 1999–G–1401. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the parties' joint motion to remand this cause to the Board of Tax Appeals,

IT IS ORDERED by the court that the joint motion to remand be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 13, 2005*

[Cite as *06/13/2005 Case Announcements*, 2005-Ohio-2871.]

## MISCELLANEOUS DISMISSALS

2005–0369.  State ex rel. Lindsay v. Indus. Comm.

Franklin App. No. 04AP–441, 2005-Ohio-465. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

2005–0431.  State ex rel. Edwards v. Am. Bldg. Maintenance Co.

Franklin App. No. 04AP–115, 2005-Ohio-537. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due June 7, 2005, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed sua sponte.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2005–0918.  State ex rel. Russo v. Bd. of Cty. Commrs. of Cuyahoga Cty.

In Mandamus.

2005–0994.  State ex rel. Sauder Woodworking v. Pruett.

Franklin App. No. 04AP–395, 2005-Ohio-1762.